UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO. 3:25-cr-106-MMH-LLL
18 U.S.C. § 1709

v.

ARNALDO R. CAMACHO

### INFORMATION

The United States Attorney charges:

### COUNT ONE

From in or about October 2023, and continuing through in or about June 2024, in the Middle District of Florida, and elsewhere, the defendant,

ARNALDO R. CAMACHO,

a United States Postal Service employee, did unlawfully embezzle mail, to wit: customer gift cards, which had been entrusted to the defendant, and which was

intended to be conveyed by mail and carried and delivered by any carrier and employee of the Postal Service.

In violation of 18 U.S.C. § 1709.

                GREGORY W. KEHOE
                United States Attorney

By: _____
     Kirwinn Mike
     Assistant United States Attorney

By: _____
     Frank Talbot
     Assistant United States Attorney
     Chief, Jacksonville Division